# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN BLOUNT,<br><br>        Plaintiff,<br><br>   vs.<br><br>SARA SMITH, et al.,<br><br>        Defendants. | 1:13cv01705 DLB PC<br><br>**ORDER DISMSSING CERTAIN CLAIMS AND DEFENDANTS** |

      Plaintiff Sebastian Blount ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed this action on October 7, 2013, and it was transferred to this Court on October 24, 2013.[1]

      On March 20, 2014, the Court screened Plaintiff's complaint and found that it stated a cognizable Eighth Amendment claim against Defendant Correctional Officers D. Lopez and J. Abraham. The Court ordered Plaintiff to either file an amended complaint, or notify it of his willingness to proceed only on the cognizable claims.

      On April 7, 2014, Plaintiff informed the Court that he did not wish to file an amended complaint and was willing to proceed on the cognizable claims.

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on December 23, 2013.

Accordingly, IT IS HEREBY ORDERED THAT:

1. This action SHALL proceed on the Eighth Amendment claim against Defendants D. Lopez and J. Abraham;[2] and

2. All other claims, as well as Defendants Sara Smith and D. Anderson, are DISMISSED.

IT IS SO ORDERED.

Dated:   **April 10, 2014**              /s/ *Dennis L. Beck*
                                       UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff will be instructed on service by separate order.