UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN BLOUNT,<br><br>        Plaintiff,<br><br>    v.<br><br>D. LOPEZ, et al.,<br><br>        Defendants. | Case No.: 1:13cv01705 AWI DLB (PC)<br><br>ORDER REQUIRING DEFENDANTS TO INFORM THE COURT WHETHER A SETTLEMENT WOULD BE BENEFICIAL<br><br>**TEN-DAY DEADLINE** |

Plaintiff Sebastian Blount ("Plaintiff") is a former California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendants Lopez and Abraham for violation of the Eighth Amendment.

Defendants did not file a dispositive motion prior to the February 12, 2015, dispositive motion deadline.  The Court therefore issued a Second Scheduling Order on February 19, 2015.  Trial is set for June 23, 2015.

On March 19, 2015, Plaintiff filed a Motion for Settlement Conference.  He states that a settlement conference would be beneficial at this time.

///

///

///

1

Accordingly, Defendants are ORDERED to respond to Plaintiff's motion and inform the Court whether they believe a settlement conference would be beneficial. Defendants' response is due ten days from the date of service of this order.

IT IS SO ORDERED.

Dated: **March 20, 2015**  /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE