UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEBASTIAN BLOUNT, | ) | Case No.: 1:13cv01705 AWI DLB (PC) |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING PLAINTIFF'S |
| v. | ) | MOTION FOR SETTLEMENT |
| | ) | CONFERENCE |
| D. LOPEZ, et al., | ) | |
| | ) | (Document 39) |
| Defendants. | ) | |
| | ) | |
| | ) | |

Plaintiff Sebastian Blount ("Plaintiff") is a former California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Lopez and Abraham for violation of the Eighth Amendment.

On March 19, 2015, Plaintiff filed a Motion for Settlement Conference. The Court ordered Defendants to respond, and on March 20, 2015, Defendants informed the Court that a settlement conference has been set for April 28, 2015. Plaintiff's motion is therefore GRANTED.

IT IS SO ORDERED.

Dated: **March 23, 2015**             /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE

1