UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN BLOUNT,<br><br>　　　　Plaintiff,<br>　　v.<br><br>D. LOPEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:13cv01705 AWI DLB (PC)<br><br>ORDER REGARDING<br>SETTLEMENT CONFERENCE<br><br>Date: April 28, 2015<br>Time: 10:00 a.m.<br>Magistrate Judge Stanley A. Boone<br>Courtroom 9 |

　　　Plaintiff Sebastian Blount ("Plaintiff") is a former California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendants Lopez and Abraham for violation of the Eighth Amendment.

　　　The parties are hereby notified that a Settlement Conference has been SET for April 28, 2015, at 10:00 a.m., in Courtroom 9, before the Honorable Stanley A. Boone, United States Magistrate Judge.  Each party is reminded of the requirement that it be represented in person at the settlement conference by a person able to dispose of the case, or fully authorized to settle the matter at the settlement conference on any terms (See L.R. 270).

　　　Each party shall provide a confidential settlement statement to the following email address: saborders@caed.uscourts.gov.  The statements must arrive no later than April 21, 2015.  The parties must also file a "Notice of Submission of Confidential Settlement Statement" (See L.R. 270(d)).

1

Plaintiff may mail his confidential settlement statement to Magistrate Judge Stanley A. Boone, USDC CAED, 2500 Tulare Street, Room 1501, Fresno, California 93721, to arrive no later than April 21, 2015.  The envelope shall be marked "Settlement Statement."

<u>Settlement statements should not be filed with the Clerk of the Court, nor served on any other party</u>.  Settlement statements shall be clearly marked "confidential" with the date and time of the settlement conference indicated prominently thereon.

IT IS SO ORDERED.

Dated:   **April 6, 2015**                      /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE