# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEBASTIAN BLOUNT, | ) | Case No.: 1:13cv01705 AWI DLB (PC) |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO |
| v. | ) | FILE PRETRIAL STATEMENT |
| | ) | **BY APRIL 28, 2015** |
| D. LOPEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Plaintiff Sebastian Blount ("Plaintiff") is a former California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendants Lopez and Abraham for violation of the Eighth Amendment.

Pursuant to the February 19, 2015, Second Scheduling Order, trial is set for June 23, 2015, and a telephonic trial confirmation hearing is set for May 11, 2015.  Plaintiff's pretrial statement was due on April 13, 2015.  Defendants' pretrial statement is due on April 27, 2015.

On March 23, 2015, the Court set this matter for a settlement conference on April 28, 2015. The Court did not alter the deadlines established by the Second Scheduling Order, however.

As of this date, Plaintiff has not filed a pretrial statement.

///

///

1

Plaintiff is therefore ORDERED to file his pretrial statement by the end of the day on April 28, 2015.  **If Plaintiff does not file a pretrial statement, sanctions, including possible dismissal, will result**.

Defendants shall file their pretrial statement by the original date, April 27, 2015.  They may file an amended pretrial statement, if necessary, by May 1, 2015.

IT IS SO ORDERED.

Dated:   **April 21, 2015**                         /s/ *Dennis L. Beck*
                                          UNITED STATES MAGISTRATE JUDGE

2