UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN BLOUNT,<br><br>        Plaintiff,<br><br>    v.<br><br>S. SMITH, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-01705-DLB (PC)<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |

This action was filed on October 7, 2013. On April 28, 2015, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;

2. Settlement documents shall be executed within twenty (20) days from the date of service of this order;

3. Settlement funds shall be distributed within one hundred and twenty (120) days from the date settlement documents are fully executed;

4. Dispositional documents shall be filed within thirty (30) days of the signed and fully executed settlement agreement; and

5. The Court shall retain jurisdiction only to enforce the settlement agreement reached by the parties and shall set a telephonic status review hearing on **August 6, 2015 at 1:30**

1

**pm**. before the undersigned.  If the funds are distributed prior to that time, the Court shall vacate the hearing.  Counsel for defendants shall advise the Court prior to this hearing of the status of the settlement funds.

IT IS SO ORDERED.

Dated:   **April 28, 2015**

UNITED STATES MAGISTRATE JUDGE