UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEBASTIAN BLOUNT, | ) | Case No.: 1:13cv01705 AWI DLB (PC) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATION |
| v. | ) | TO DISMISS ACTION |
| | ) | |
| D. LOPEZ, et al., | ) | (Doc. 51) |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Plaintiff Sebastian Blount is a former California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 6, 2015, the parties, after reaching a settlement agreement, filed a stipulation to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1]

The stipulation is GRANTED. This action is DISMISSED WITH PREJUDICE, and each party shall bear their own costs and fees.

IT IS SO ORDERED.

Dated:   August 14, 2015

SENIOR DISTRICT JUDGE

---

[1] On August 7, 2015, Defendants' counsel informed the Court that Plaintiff has received his settlement funds.

1